IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Personal Representative of the Estate of Tyler Thomas;<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, PERU STATE COLLEGE, CITY OF AUBURN, The; NEMAHA COUNTY, NEBRASKA STATE COLLEGE BOARD MEMBERS, NEBRASKA BOARD OF REGENTS, UNIVERSITY OF NEBRASKA, JOSHUA KEADLE, JOHN DOES 1-10,<br><br>           Defendants. | 8:12CV412<br><br>MEMORANDUM AND ORDER |

Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 2). The information contained in plaintiff's affidavit demonstrates that plaintiff is eligible to proceed *in forma pauperis*.

IT IS ORDERED:

1) Plaintiff's application, (filing no. 2) is granted, and the complaint shall be filed without payment of fees.

2) This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

December 3, 2012.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge