IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Personal Representative of the Estate of Tyler Thomas;<br><br>             Plaintiff,<br><br>     vs.<br><br>STATE OF NEBRASKA, et. al;<br><br>             Defendants. | 8:12CV412<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The plaintiff's motion for an additional 30 days to serve Defendant Joshua Keadle, (Filing No. 32), is granted. The plaintiff shall serve defendant Keadle on or before May 6, 2013.

2) The plaintiff's motion, (Filing No. 36), is granted. The Clerk of Court shall send a copy of this Memorandum and Order together with a summons form and a USM-285 form to Plaintiff's attorney of record for service of process on defendant Keadle. Plaintiff's counsel shall, as soon as possible, complete the USM-285 form and the summons form and return them to the Clerk of the court. The Clerk of the court will sign the summons form, to be forwarded with a copy of Plaintiff's Complaint to the U.S. Marshal for service of process. The Clerk of the court will copy the Complaint; Plaintiff's counsel need not to do so. The Marshal shall serve the summons and the Complaint without payment of costs or fees.

3) This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

April 3, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge