IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LATANYA THOMAS, Personal
Representative of the Estate of Tyler
Thomas;

        Plaintiff,

vs.

STATE OF NEBRASKA, et. al.;

        Defendants.

**8:12CV412**

**ORDER**

IT IS ORDERED:

1)    Plaintiff's motion to strike, (Filing No. 61), is granted.

2)    Plaintiff's motion to amend, (Filing No. 59), is stricken.

3)    Defendants' response to Plaintiff's motion to amend, (Filing No. 60), shall be filed on or before June 3, 2012.

May 24, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge