IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Personal Representative of the Estate of Tyler Thomas;<br><br>            Plaintiff,<br><br>vs.<br><br>JOSHUA KEADLE, and the BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES,<br><br>            Defendants. | 8:12CV412<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Ryan C. Gilbride as counsel of record on behalf of Defendant State of Nebraska, (filing no. 73), is granted.

June 11, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge