IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Personal Representative of the Estate of Tyler Thomas;<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEBRASKA, et. al;<br><br>　　　　　　Defendants. | 8:12CV412<br><br>**ORDER** |

　　　By order entered on August 7, 2013, Attorney Terri L. Crawford was reciprocally disbarred from practicing law in this court.　She received service of the order on August 12, 2013, and did not appeal the court's ruling.

　　　Accordingly,

　　　IT IS ORDERED that the clerk shall remove Terri L. Crawford as counsel of record for the plaintiff, and terminate her receipt of future ECF notifications herein.

　　　November 19, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge