IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATANYA THOMAS, Special Administrator of the Estate Of TYLER THOMAS, | ) ) ) ) | Case No. 8:12-cv-412 |
| Plaintiff, | ) ) ) | BRIEF |
| vs. | ) ) | |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES AND JOSHUA KEADLE, | ) ) ) ) | |
| Defendant. | ) | |

## INTRODUCTION

The Court stayed discovery pending a ruling on the Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.

## ARGUMENT

Although the Court sustained the Motion to Dismiss a fair reading of the Order demonstrates that the Court will allow this case to move forward. The Third Amended Complaint in significant detail cures the deficiencies noted in the Court's Order of March 31, 2014.

## CONCLUSION

Plaintiff requests permission to pursue with Discovery.

    Respectfully Submitted, LaTanya Thomas, Special of the Estate of Tyler Thomas, Plaintiff,

    Timothy L. Ashford, #19687
    P.O. Box 386
    Omaha, Nebraska 68102
    (402) 342-8888
    Attorneys for Plaintiff

    and

s/Vincent M. Powers  
Vince Powers, #15866  
Vince Powers and Associates  
411 So 13th Street, #300  
P.O. Box 84936  
Lincoln, NE  68501-4936  
Ph: 402-474-8000  
Fax: 402-474-5006