IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATANYA THOMAS, PERSONAL REPRESENTATIVE OF THE ESTATE OF TYLER THOMAS, | ) ) ) ) | CASE NO. 8:12CV412 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| | ) ) ) | |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES AND JOSHUA KEADLE, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Board of Trustees of the Nebraska State Colleges' Motion to Strike Filing No. 137, a Notice of Serving Discovery Documents, which was filed by mistake in the pending federal court action. Being fully advised in the premises, the Court holds and hereby orders that said filing be stricken.

Dated this 27th day of May, 2014.

*s/Cheryl R. Zwart*
United States Magistrate Judge


Prepared and submitted:

Ronald F. Krause – 15980
Patrick B. Donahue – 11047
Michael K. Huffer - 18087
Cassem, Tierney, Adams,
  Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, Nebraska 68114-3320
(402) 390-0300 Phone
(402) 390-9676 Facsimile
rkrause@ctagd.com
pdonahue@ctagd.com
mhuffer@ctagd.com