IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATANYA THOMAS, PERSONAL REPRESENTATIVE OF THE ESTATE OF TYLER THOMAS, | ) ) ) ) | CASE NO. 8:12CV412 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MOTON FOR SUMMARY JUDGMENT** |
| | ) ) ) | |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES AND JOSHUA KEADLE, | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 56, defendant Board of Trustees of the Nebraska State Colleges respectfully moves the Court for an Order granting it summary judgment for the reason that there are no genuine issues of material fact and the undisputed evidence shows that plaintiff will be unable to recover on any of her remaining claims against defendant. For the reasons set forth in this Motion and the contemporaneously filed supporting Brief, this Court should grant defendant's Motion and dismiss plaintiff's Third Amended Complaint with prejudice.

DATED this 15th day of April, 2015.

                                                BOARD OF TRUSTEES OF THE NEBRASKA
                                                STATE COLLEGES, Defendant.

                                                By: /s/ Ronald F. Krause
                                                    Ronald F. Krause – 15980
                                                    Patrick B. Donahue – 11047
                                                    Michael K. Huffer - 18087
                                                    Cassem, Tierney, Adams,
                                                       Gotch & Douglas
                                                    9290 West Dodge Road, Suite 302
                                                    Omaha, Nebraska 68114-3320
                                                    (402) 390-0300 Phone
                                                    (402) 390-9676 Facsimile
                                                    rkrause@ctagd.com
                                                    pdonahue@ctagd.com
                                                    mhuffer@ctagd.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15_, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy L. Ashford
P.O. Box 386
Omaha, Nebraska  68101
tash178346@aol.com

Vincent M. Powers
Elizabeth A. Govaerts
Kathleen M. Neary
411 South 13th Street, #300
P.O. Box 84936
Lincoln, Nebraska  68501-4936
vince@vpowerslaw.com
elizabeth@vpowerslaw.com
kathleen@vpowerslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Joshua Keadle #75650
Lincoln Correctional Center
3216 West Van Dorn
P.O. Box 22800
Lincoln, NE  68542-2800

/s/ Ronald F. Krause
Ronald F. Krause