IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATANYA THOMAS, | ) | CASE NO. 8:12-CV-412 |
| Special Administrator of the | ) | |
| Estate of TYLER THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEFAULT JUDGMENT |
| | ) | AGAINST DEFENDANT KEADLE |
| v. | ) | |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| NEBRASKA STATE COLLEGES and | ) | |
| JOSHUA KEADLE, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff and requests that this Court enter a default judgment against Defendant Joshua Keadle.

In support of said motion counsel states that defendant Keadle is in default as he has failed, refused, and neglected to file any responsive pleading after service of summons upon him (Filing No. 15).

LATANYA THOMAS,
Special Administrator of the Estate of
Tyler Thomas, Plaintiff.


s/ Vincent M. Powers
Vincent M. Powers, #15866
Vince Powers & Associates
411 South 13th Street, Suite 300
Lincoln, NE  68501-4936
Phone (402) 474-8000
Fax (402) 474-5006