IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Special Administrator of the Estate of Tyler Thomas,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA KEADLE,<br><br>    Defendant. | 8:12-CV-412<br><br>ORDER |

  This matter is before the Court on the plaintiff's motion for default judgment (filing 243) with respect to the remaining defendant, Joshua Keadle. The Court finds that Keadle has failed to plead or otherwise defend, and that entry of default is appropriate, but an evidentiary hearing will be necessary to determine the amount of damages.

  IT IS ORDERED:

  1. The jury trial set to begin on August 24, 2015, is cancelled.

  2. The Clerk of the Court is directed to enter Keadle's default.

  3. A telephonic status conference is scheduled to be held before the undersigned judge at 10:30 a.m. on October 19, 2015, regarding the progression of the plaintiff's state-court proceedings and any interlocutory appeal that the plaintiff may pursue.

Dated this 18th day of August, 2015.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge