IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Special Administrator of the Estate of Tyler Thomas,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA KEADLE,<br><br>Defendant. | Case No. 8:12CV412<br><br>**CLERK'S ENTRY OF DEFAULT** |

The defendant, Joshua Keadle, having failed to plead or otherwise defend in this action,

Now, upon Filing Number 243, wherein plaintiff's counsel states defendant Keadle is in default as he has failed, refused, and neglected to file any responsive pleading after service of summons upon him (Filing No. 15),

It is hereby ORDERED, ADJUDGED AND DECREED that default in this action is hereby entered in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: August 18, 2015.

OFFICE OF THE CLERK

By:   s/ Mary Beth McFarland
      Deputy Clerk

Forms-Default_Clerk
Approved: 12/22/14