IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Special Administrator of the Estate of Tyler Thomas,<br><br>     Plaintiff,<br><br>vs.<br><br>JOSHUA KEADLE,<br><br>     Defendant. | 8:12-CV-412<br><br>ORDER |

IT IS ORDERED that:

1. On the Court's own motion, the telephonic status conference scheduled for October 19, 2015, before the undersigned judge, is continued until May 9, 2016, at 10:30 a.m. Plaintiff's counsel will initiate the call to Judge Gerrard's chambers.

2. A copy of this order shall be mailed to the Defendant.

Dated this 8th day of October, 2015.

            BY THE COURT:

            *John M. Gerrard*
            John M. Gerrard
            United States District Judge