IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATANYA THOMAS, Special Administrator of the Estate of Tyler Thomas,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES AND JOSHUA KEADLE,<br><br>Defendants. | 8:12-CV-412<br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss Joshua Keadle Without Prejudice (filing 269). That motion will be granted.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Joshua Keadle without Prejudice (filing 269) is granted pursuant to Fed. R. Civ. P. 41(a).

2. The plaintiff's claims against Keadle are dismissed without prejudice.

3. The plaintiff's motion for default judgment (filing 243) is denied as moot.

4. A separate judgment will be entered.

Dated this 28th day of September, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge